W.J. SCHNEIDER AND K.B. MARCUS, PLAINTIFFS-APPELLANTS, v. CITY OF EAST ORANGE, DEFENDANT-RESPONDENT, AND ATTORNEY GENERAL OF NEW JERSEY, INTERVENOR-RESPONDENT.

Argued October 21, 1985—Decided March 13, 1986.

*Alan R. Hammer* argued the cause for appellants (*Brach, Eichler, Rosenberg, Silver, Bernstein, Hammer & Gladstone,* attorneys; *Alan R. Hammer* and *Michael Pesce,* of counsel; *Michael Pesce* and *Daniel Keough,* on the brief).

*Saul A. Wolfe* argued the cause for the respondent (*Skoloff and Wolfe,* attorneys; *Saul A. Wolfe,* of counsel; *Robert F. Giancaterino,* on the brief).

*Harry Haushalter,* Deputy Attorney General, argued the cause for the intervenor (*Irwin I. Kimmelman,* Attorney General of New Jersey, attorney; *James J. Ciancia,* Assistant Attorney General, of counsel; *Harry Haushalter,* on the brief).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in the opinion of Judge Gaynor, reported at 196 *N.J.Super.* 587 (1984).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, POLLOCK, O'HERN, GARIBALDI and STEIN—6.

*For reversal*—None.